# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MARK S. LEWIS**  
**ADC #650548**  
                          **PLAINTIFF**

**v.**                **CASE NO. 3:17-CV-00332 BSM**

**CLINT DAVIS, et al.**                **DEFENDANTS**

## ORDER

Plaintiff Mark Lewis's motion to proceed *in forma pauperis* [Doc. No. 1] is denied without prejudice because he filed an incomplete application. Although Lewis filled out the application, he did not submit a certified copy of his trust fund account statement and initial fee calculation sheet. Lewis is directed to file a complete application within thirty (30) days of the date of this order. The clerk is directed to forward Lewis a federal *in forma pauperis* application packet with a copy of this order.

Additionally, Lewis is notified that rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants to (1) promptly notify the court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. He should be aware that the rule further provides that the failure to respond to any communication from the court within thirty (30) days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the local rules of this court. A copy of the local rules may be obtained from the district clerk for the Eastern District of Arkansas.

IT IS SO ORDERED this 4th day of January 2018.

_____
UNITED STATES DISTRICT JUDGE