IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARK S. LEWIS**  **PLAINTIFF**
**ADC #650548**

**v.**          **CASE NO. 3:17-CV-00332 BSM**

**CLINT DAVIS, et al.**          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 26th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE